■ In the Matter of VINCENT GONZALEZ, Petitioner, v PATRICIA NELSON, as Deputy Superintendent of Programs at Sullivan
Correctional Facility, et al., Respondents. [816 NYS2d 913]—
Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County)
to review a determination of the Commissioner of Correctional
Services which found petitioner guilty of violating a prison
disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding chal-

lenging a determination finding him guilty of violating the prison disciplinary rule that prohibits possession of contraband. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Carroll v Goord*, 24 AD3d 845 [2005]).

Crew III, J.P., Peters, Spain, Rose and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.